UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 10-150 DSF (RCx) | Date | 1/27/10 |
|---|---|---|---|
| Title | Carla Arredondo v. Direct TV, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Action to Los Angeles Superior Court

The Court, on its own motion, REMANDS the action to Los Angeles Superior Court because Defendant did not meet its burden of establishing removal was proper. See Provincial Gov't of Marinduque v. Placer Dome, Inc., 582 F.3d 1083, 1087 (9th Cir. 2009).

IT IS SO ORDERED.